MARY MARGARET FARREN *v.* J. MICHAEL FARREN
(AC 32160)

DiPentima, C. J., and Lavine and Schaller, Js.

Argued May 18—officially released June 7, 2011

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* MAURICE BLACK
(AC 31332)

Robinson, Bear and Espinosa, Js.

Argued May 17—officially released June 7, 2011

Per Curiam. The judgment is affirmed.

LAMBERTO LUCARELLI *v.* FREEDOM OF
INFORMATION COMMISSION
(AC 32700)

Robinson, Bear and Espinosa, Js.

Argued May 17—officially released June 7, 2011

Per Curiam. The judgment is affirmed.